AE
F. #2021R00827

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | NOTICE OF MOTION |
| - against - | Criminal Docket No. 1:21-cr-00494(ENV)(JRC) |
| JIAN AI CHEN, also known as "Maggie," | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

      PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant JIAN AI CHEN's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
              September 22, 2021

                                        JACQUELYN M. KASULIS
                                        Acting United States Attorney
                                        Eastern District of New York
                                        Attorney for Plaintiff
                                        271 Cadman Plaza East
                                        Brooklyn, New York 11201


                                By:    /s/ Andrew Estes
                                        Andrew Estes
                                        Trial Attorney
                                        U.S. Department of Justice
                                        Criminal Division, Fraud Section
                                        (718) 254-6250

Cc:    Clerk of the Court
         Stacey Van Malden, Esq.