AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No.   CR-21-494 |
| JIAN AI CHEN | ) |  |
| *Defendant* | ) |  |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JIAN AI CHEN                                                                                                                                                             .

Date:    10/13/2021

/s/Stacey Van Malden
*Attorney's signature*

Stacey Van Malden (SV8077)
*Printed name and bar number*

5114 Post Road
Bronx, New York 10471
*Address*

StaceyL11@optonline.net
*E-mail address*

(917) 723-5479
*Telephone number*

(212) 966-0588
*FAX number*