# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG.    Sanket Bulsara              DATE :    10-13-2021

DOCKET NUMBER:    21-CR-494(RJD)           FTR # :    2:15-2:46

DEFENDANT'S NAME :    Jian Ai Chen
     X    Present        _____ Not Present        X    Custody        _____ Bail

DEFENSE COUNSEL:    _Stacey Van Malden
     _____ Federal Defender        _____ CJA        X    Retained

A.U.S.A:    Andrew Estes                  CLERK:    M. Sica

Pretrial officer :    Christian Berzek        (Interpreter)    Stephanie Liu- Cantonese

___ Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

_X_ Bail HEARING Held.           _____ Defendant's first appearance.

   __X__ Bond set at    $1,000,000.00          .
   __X_ Defendant _X__ released ___ held pending satisfaction of bond conditions.
    X   Defendant advised of bond conditions set by the Court and signed the bond.
    2   Surety (ies) sworn, advised of bond obligations by the Court and signed the bond.
   _____ (Additional) surety/ies to co-sign bond by _____

_____ After hearing, Court orders detention in custody.    _____ Leave to reopen granted

_____ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail
       application / package. Order of detention entered with leave to reapply to a Magistrate
       or to the District Court Judge to whom the case will be assigned.
_____ Order of Excludable Delay/Speedy Trial entered.   Start_____  Stop _____

_____ Medical memo issued.

_____ Defendant failed to appear, bench warrant issued.

_____ Status conference set for _____ @ _____ before Judge _____

Other Rulings:    All parties are on consent for the release of the defendant with conditions.   The Court agreed to the conditions and ordered the defendant to be released.