AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cr-494 |
| Jian Ai Chen | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jian Ai Chen.

Date: 11/11/2021

/s/ Vinoo P. Varghese
*Attorney's signature*

Vinoo P. Varghese
*Printed name and bar number*

Varghese & Associates, P.C.
2 Wall Street
Suite 510
New York, NY 10005
*Address*

info@vargheselaw.com
*E-mail address*

(212) 430-6469
*Telephone number*

(646) 292-5169
*FAX number*